# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SARAH FROST | ) | Case No. 2:22-cv-08438 SVW (JEM) |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Order of Dismissal   [35] |
| | ) | |
| COUNTY OF LOS ANGELES, et al. | ) | |
| Defendants | ) | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATE:  09/26/2023

_____
Honorable Stephen V. Wilson
United States District Judge

ORDER OF DISMISSAL